IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **RUFUS WILLIAM MASON** | * |
| Petitioner | * |
| v. | * CRIMINAL NO. JKB-11-0476 |
| | CIVIL NO. JKB-13-2291 |
| **UNITED STATES OF AMERICA** | * |
| Respondent | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## MEMORANDUM

Rufus William Mason ("Petitioner") filed his Petition for Writ of Habeas Corpus (ECF No. 240) on August 7, 2013. The Government filed their opposition (ECF No. 244) on October 15, 2013. Petitioner then filed an additional document titled "Petition for Writ of Habeas Corpus" (ECF No. 247) on October 28, 2013, which the Court will treat as his reply.

The Court has carefully reviewed the submissions and relevant case law, including the Supreme Court's opinion deciding *Alleyne v. United States*, 133 S.Ct. 2151 (2013). At the time of his guilty plea, the Petitioner clearly acknowledged and admitted conspiring to possess with the intent to distribute 28 grams or more of cocaine base, as he had been charged. See ECF Nos. 139, 17. For this reason, and for the reasons set out in the Government's opposition (ECF No. 244), there is no defect in this conviction. Accordingly, by separate order, the Petition for Writ of Habeas Corpus (ECF No. 240) will be denied.

DATED this _6th_ day of November, 2013.

BY THE COURT:

_/s/ James K. Bredar_
James K. Bredar
United States District Judge